

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

MARK A. ROSENBAUM,
    Plaintiff,

Case Number 3:08-cv-00014-RLH

v.

UNITED STATES OF AMERICA,
    Defendant.

**JUDGMENT IN A CIVIL CASE**

\_ **JURY VERDICT.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX **DECISION BY COURT.** This action came to trial or hearing before the court. The issues have been tried or heard and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED:

    THAT this case is DISMISSED for lack of subject matter jurisdiction.

APPROVED:

**REDACTED SIGNATURE**

ROGER L. HUNT
United States District Judge

August 14, 2008
Date:

*NOTE: Award of prejudgment interest, costs and attorney's fees are governed by D.Ak. LR 54.1, 54.3, and 58.1.*

[308cv13RLH Judgment.wpd]{JMT2.WPT*Rev.3/03}